JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS GALINDO FLORES, ) | NO. CV 22-8652-DOC(E) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| WHITE, Warden, ) | |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____) | |

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

     DATED: May 31, 2023

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE